Margaret C. Weamer
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mweamer@lawmt.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| OWEN WOOD, | CASE NO. _____ |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES DISTRICT COURT** |
| BADGER DAYLIGHTING CORP., | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

Pursuant to 28 U.S.C. 1332, 1441, and 1446, Defendant Badger Daylighting Corp. gives notices of removal of this action from the State of Montana, Montana Thirteenth Judicial District Court, Yellowstone County, to the United States District

Court for the District of Montana, Billings Division. As grounds for removal, Defendant alleges the following:

## I. PROCEDURAL HISTORY

1. On October 27, 2020, Plaintiff filed his Complaint in the Montana Thirteenth Judicial District Court, Yellowstone County, captioned OWEN WOOD, Plaintiff v. BADGER DAYLIGHTING CORP., Defendant. A copy of the Complaint is attached as Exhibit A.

2. On November 9, the Complaint and Summons were served upon Defendant through its statutory agent. A copy of the Summons is attached as Exhibit B.

3. Pursuant to 28 U.S.C. 1446(a), these documents comprise the "process, pleadings, and orders served" in the state court action with respect to this case. A complete copy of all pleadings and orders issued by the Montana district court, if any, will be separately filed.

## II. BASIS FOR REMOVAL

4. This Court has original jurisdiction pursuant to 28 U.S.C. 1332.

5. This case may be removed to this Court by Defendant pursuant to 28 U.S.C. 1441(b). This is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff's Complaint alleges damages for wrongful discharge under Montana's

Wrongful Discharge from Employment Act (the "Act"), Mont. Code Ann. § 39-2-901, *et seq*. Under the Act, damages may include up to four years lost wages, together with interest and benefits, which here, could be approximately $94,316.00.

6. Plaintiff, Owen Wood, is a Montana resident, currently living in Billings, Montana. For purposes of federal diversity jurisdiction, Plaintiff is a citizen of Montana.

7. Defendant, Badger Daylighting Corp., is a corporation organized under the laws of the State of Nevada with its global headquarters located in Canada and its principal place of business in Brownsburg, Indiana. For purposes of federal diversity jurisdiction, Defendant is a citizen of Nevada.

8. There is complete diversity between Plaintiff and Defendant within the meaning of 28 U.S.C. 1332(a).

9. This Notice of Removal is timely under 28 U.S.C. 1446(b) because it has been filed within thirty days of Defendant being served with the Complaint and Summons.

10. Venue with this Court is proper under 28 U.S.C. 1441(a) because this District and Division embrace the location where the removed action was pending.

11. Pursuant to 28 U.S.C. 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Yellowstone County District Court and Defendant will serve its Notice to Plaintiff.

Based on the foregoing, Defendant requests that this Court assume jurisdiction and retain such jurisdiction through final disposition of the above-entitled proceeding.

RESPECTFULLY SUBMITTED THIS 4th day of December, 2020.

                                              TARLOW STONECIPHER
                                              WEAMER & KELLY, PLLC

                                              */s/Margaret C. Weamer*
                                              Margaret C. Weamer
                                              1705 West College Street
                                              Bozeman, MT 59715
                                              (406) 586-9714
                                              mweamer@lawmt.com
                                              *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2020, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
| __1__ | CM/ECF |
| _____ | Hand Delivery |
| __2__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of U.S. District Court

2. Joseph Nevin
   3624 Green Meadow Drive
   Helena, MT 59602
   bada55_jd@hotmail.com

   /s/Margaret C. Weamer
   Margaret C. Weamer