IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| OWEN WOOD,<br><br>              Plaintiff,<br><br>vs.<br><br>BADGER DAYLIGHTING CORP.,<br><br>              Defendant. | CV 20-176-BLG-SPW-TJC<br><br><br>ORDER |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of September, 2021.

SUSAN P. WATTERS
United States District Judge

1